■ JEANNINE N. DER OHANNESIAN, Appellant, v RUSSELL SAGE COLLEGE, Respondent.—Appeal from an order and judgment of the Supreme Court at Special Term (Cholakis, J.), entered December 10, 1985 in Albany County, which, *inter alia,* granted defendant's motion for summary judgment dismissing the complaint.

Order and judgment affirmed, without costs, upon the opin-

ion of Justice Con. G. Cholakis at Special Term. Mahoney, P. J., Kane, Casey, Mikoll and Levine, JJ., concur.